1 Robert L. Baumann, SBN 261665
rbaumann@adamsferrone.com
2 Adams, Ferrone and Ferrone APC
4333 Park Terrace Drive, Suite 200
3 Westlake Village, CA 91361
Telephone: 805-373-5900
4 Facsimile: 818-874-1382

5 Attorneys for Plaintiffs,
BRYAN ROSSY, et al.

7 Scott J. Grossberg (Bar No. 123359)
sgrossberg@grossberghoehn.com
8 Laurel A. Hoehn (Bar No. 232946)
lhoehn@grossberghoehn.com
9 GROSSBERG & HOEHN
1026 W. Foothill Blvd.
10 Upland, CA 91786
(909) 483-1850/Phone
11 (909) 483-1840/Fax

12 Attorneys for Defendants
CITY OF BISHOP, et al.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYAN ROSSY, MARK GUTIERREZ, JARED WAASDORP, and DOUGLAS MAIRS, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF BISHOP, a public agency and/or municipal corporation; CHRIS CARTER, individually and as Police Chief; TED STEC, individually and as Police Chief; JIM TATUM, individually; PAT GARDNER, individually; and DOES 1 THROUGH 10, inclusive, <br><br> Defendants. | Case No. 1:17-cv-01244-LJO-SAB <br><br> *Hon. Lawrence J. O'Neill* <br><br> **JOINT STIPULATION TO CONTINUE MOTION TO DISMISS;** <br> Date:  January 29, 2018 <br> Time:  8:30 AM <br> Courtroom: 4 |

1
JOINT STIPULATION TO CONTINUE MOTION TO DISMISS

Plaintiffs Bryan Rossy, et al. (collectively "Plaintiffs") and Defendants City of Bisop, et al. (collectively "Defendants") by and through their counsel of record, hereby request a continuance of the Motion to Dismiss.

On December 4, 2017, the Defendants filed a Notice of Motion and Motion to Dismiss which is scheduled for hearing on January 29, 2018 at 8:30 a.m.. Plaintiff's opposition is due on January 15, 2018. During the last week of December 2017 and the first week of January 2018 Counsel for Plaintiff has been appearing on behalf of two colleagues due to medical and family emergencies and will need additional time to prepare Plaintiff's opposition. Thus, both parties by and through their respective counsel, have agreed, and hereby request, that the Court continue the Motion to Dismiss currently set for January 29, 2018 at 8:30 AM to February 19, 2018 at 8:30 AM in Courtroom 4.

IT IS SO STIPULATED

Dated: January 10, 2018            ADAMS FERRONE & FERRONE

                                   By: _____
                                        Robert L. Baumann
                                        Attorneys for Plaintiffs,
                                        BRYAN ROSSY, et al.

Dated: January 10, 2018            GROSSBERG & HOEHN

                                   By: _____
                                        Scott J. Grossberg
                                        Laurel A. Hoehn
                                        Attorneys for Defendants
                                        CITY OF BISHOP, et al.

# **ORDER**

After review of all papers and pleadings filed in connection with the motion, good cause appearing, the Court hereby accepts the Stipulation by the Parties. However, the agreed-upon new date for the hearing on the motion to dismiss (February 19, 2018) is a Federal Holiday, so the Motion to Dismiss is CONTINUED from January 29, 2018 to February 20, 2018 at 8:30 AM in Courtroom 4. The parties are informed that upon expiration of the reply deadline, the Court will review the papers and may take the matter under submission without oral argument. The Court will so inform the parties by Minute Order.

IT IS SO ORDERED.

Dated: **January 10, 2018**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE