Robert L. Baumann, SBN 261665
rbaumann@adamsferrone.com
Adams, Ferrone and Ferrone APC
4333 Park Terrace Drive, Suite 200
Westlake Village, CA 91361
Telephone: 805-373-5900
Facsimile: 818-874-1382

Attorneys for Plaintiffs,
BRYAN ROSSY, et al.

Scott J. Grossberg (Bar No. 123359)
sgrossberg@grossberghoehn.com
Laurel A. Hoehn (Bar No. 232946)
lhoehn@grossberghoehn.com
GROSSBERG & HOEHN
1026 W. Foothill Blvd.
Upland, CA 91786
(909) 483-1850/Phone
(909) 483-1840/Fax

Attorneys for Defendants
CITY OF BISHOP, et al.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYAN ROSSY, MARK GUTIERREZ, JARED WAASDORP, and DOUGLAS MAIRS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BISHOP, a public agency and/or municipal corporation; CHRIS CARTER, individually and as Police Chief; TED STEC, individually and as Police Chief; JIM TATUM, individually; PAT GARDNER, individually; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 1:17-cv-01244-LJO-SAB<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER** |

1

Plaintiffs Bryan Rossy, et al. (collectively "Plaintiffs") and Defendants City of Bishop, et al. (collectively "Defendants") by and through their counsel of record, hereby request a continuance of the Scheduling Conference.

On September 18, 2017, the Court issued an order setting a Scheduling Conference on December 4, 2017 at 2:15 p.m., which was subsequently continued after Plaintiffs filed a Motion to Continue the Scheduling Conference on November 22, 2017. The Court granted the motion on November 27, 2017, continuing the Scheduling Conference to February 6, 2018 at 3:30 p.m. On December 4, 2017 Defendants filed a Notice of Motion setting a Motion to Dismiss for January 29, 2018 at 8:30 a.m., which was subsequently continued after the Parties filed a Joint Stipulation to Continue on January 5, 2018. The Court issued an order on January 11, 2018 continuing the motion to February 20, 2017 at 8:30 a.m.

According to page 7:1-11 of the court's order setting the scheduling conference: "[...] the Court is aware that in some situations the case is not procedurally in the posture for the Scheduling Conference to be held on the date initially set. Such situations include, but are not limited to, those in which all defendants have not yet been served or have not filed an answer to the complaint, the defendant has defaulted, or where there is a pending motion to dismiss." The Defendant's motion to dismiss will still be pending as Defendant's opposition is now due on February 6, 2018, the day of the continued Scheduling Conference.

Thus, both parties by and through their respective counsel, have agreed, and hereby request, that the Court continue the Scheduling Conference on February 6, 2018 to after the Motion to Dismiss is heard.

/ / /
/ / /
/ / /
/ / /

IT IS SO STIPULATED

Dated: January 17, 2018                    ADAMS FERRONE & FERRONE

                                                 By: /s/_____
                                                        Robert L. Baumann
                                                        Attorneys for Plaintiffs,
                                                        BRYAN ROSSY, et al.

Dated: January 17, 2018                    GROSSBERG & HOEHN

                                                 By: /s/_____
                                                        Scott J. Grossberg
                                                        Laurel A. Hoehn
                                                        Attorneys for Defendants
                                                        CITY OF BISHOP, et al.

## **ORDER**

After review of all papers and pleadings filed in connection with the motion, good cause appearing, the Court hereby accepts the Stipulation by the Parties and the Scheduling Conference is hereby continued from February 6, 2018 to April 24, 2018 at 3:00 PM in Courtroom 9.  A Joint Scheduling Conference Report is due one week before the new conference date.

IT IS SO ORDERED.

Dated:   **January 17, 2018**                    _____
                                                                UNITED STATES MAGISTRATE JUDGE