# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN ROSSY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BISHOP, et al., <br><br> Defendants. | Case No. 1:17-cv-01244-LJO-SAB <br><br> ORDER REQUIRING DEFENDANTS TO FILE RESPONSIVE PLEADING WITHIN FOURTEEN DAYS |

On April 3, 2018, District Judge Lawrence J. O'Neill issued an order denying Defendants' motion to dismiss and motion for a more definite statement. (ECF No. 18.) Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendants' responsive pleading is due within fourteen days of the entry of the order. Fed. R. Civ. P. 12(a)(4)(A). Accordingly, Defendants are HEREBY ORDERED to file a responsive pleading on or before April 17, 2018.

IT IS SO ORDERED.

Dated: **April 4, 2018**

UNITED STATES MAGISTRATE JUDGE

1