# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN ROSSY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF BISHOP, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01244-LJO-SAB<br><br>ORDER GRANTING IN PART STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 29) |

Plaintiffs Bryan Rossy, Mark Gutierrez, Jared Waasdorp and Douglas Mairs filed this action on September 15, 2017. (ECF No. 1.) A scheduling order issued on April 26, 2018, setting pretrial deadlines and the date of trial in the matter. (ECF No. 28.) On October 25, 2018, the parties in this action filed a stipulation to extend the discovery and dispositive motion deadlines in the April 26, 2018 scheduling order. (ECF No. 29.) As the parties were seeking to move the dispositive motion deadline, an informal telephonic conference was held on November 2, 2018. Counsel Robert Baumann appeared for Plaintiff and counsel Laurel Hoehn appeared for Defendants.

As discussed at the informal conference, the district judge requires sufficient time for the dispositive motion to be heard and decided prior to the pretrial conference. Therefore, the request to move the dispositive motion deadline is denied. The Court shall grant the request set forth during the informal conference to move the nonexpert discovery deadline.

/ / /

1

Accordingly, the April 26, 2018 scheduling order is HEREBY AMENDED and the deadline to conduct nonexpert discovery is extended to December 15, 2018. All other aspects of the April 26, 2018 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: **November 2, 2018**

UNITED STATES MAGISTRATE JUDGE