UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN ROSSY, MARK GUTIERREZ, JARED WAASDORP, and DOUGLAS MAIRS,<br><br>               Plaintiffs,<br><br>vs.<br><br>CITY OF BISHOP, a public agency and/or municipal corporation; CHRIS CARTER, individually and as Police Chief; TED STEC, individually and as Police Chief; JIM TATUM, individually; PAT GARDNER, individually; and DOES 1 THROUGH 10, inclusive,<br><br>               Defendants. | CASE NO.: 1:17-CV-01244-LJO-SAB<br><br>*[Assigned to Honorable Lawrence J. O'Neill, Courtroom 4]*<br><br>**ORDER RE JOINT STIPULATION TO ALLOW THE PARTIES UNTIL JANUARY 15, 2019, TO FILE AMENDED BRIEFS IN CONNECTION WITH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>**[*HEARING VACATED*]**<br>**DATE:**    **January 16, 2019**<br>**TIME:**     **8:30 a.m.**<br>**CTRM:**   **4**<br><br><br>COMPLAINT FILED:   September 15, 2017<br>TRIAL DATE:         April 23, 2019 |

/ / /

ORDER RE JOINT STIPULATION TO ALLOW THE PARTIES UNTIL JANUARY 15, 2019, TO FILE AMENDED BRIEFS IN CONNECTION WITH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

# **ORDER**

The Court having considered the parties' Stipulation To Allow The Parties Until January 15, 2019, To File Amended Briefs In Connection With Defendants' Motion For Summary Judgment Or, In The Alternative, Summary Adjudication, and good cause appearing therefore, the Court hereby accepts the Stipulation by the parties.

IT IS HEREBY ORDERED:

1. The parties will have up through and including January 15, 2019, to file amended briefs in connection with Defendants' Motion for Summary Judgment or, in the alternative, Summary Adjudication, to reflect changes from the filing of the Joint Statement of Undisputed Facts.

IT IS SO ORDERED.

Dated: __**January 8, 2019**__　　　　　__**/s/ Lawrence J. O'Neill**__
　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE