# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN ROSSY, et al., | Case No. 1:17-cv-01244-SAB |
| Plaintiffs, | ORDER RE NOTICE OF SETTLEMENT AND DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| CITY OF BISHOP, et al., | (ECF No. 68) |
| Defendants. | SEVEN DAY DEADLINE |

On May 15, 2019, the parties attended a settlement conference before Magistrate Judge Barbara A. McAuliffe, at which, the case settled. (ECF No. 67.) The Court specified that it would retain jurisdiction for one year to enforce the settlement agreement, and ordered the parties to file dispositional documents by May 29, 2019. (ECF No. 67.) On May 28, 2019, the parties filed a notice of settlement agreement specifying that it was submitted for review and signature by Judge McAuliffe. (ECF No. 68.) The Court hereby informs the parties that the settlement agreement need not and will not be signed by a judge of this Court. Further, the Court also informs the parties that while paragraph twenty-two (22) of the settlement agreement specifies that the undersigned, Magistrate Judge Stanley A. Boone, shall retain jurisdiction over the case for the purpose of enforcing the settlement agreement, in fact, it is Judge McAuliffe that shall retain jurisdiction for purposes of enforcing the settlement agreement. Finally, the Court shall require the parties to file dispositional documents dismissing the action, subject to the limited retention of jurisdiction, as the

notice of settlement is insufficient for this purpose.

Accordingly, IT IS HEREBY ORDERED that the parties shall file dispositional documents within **seven (7) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**May 29, 2019**__

UNITED STATES MAGISTRATE JUDGE