# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN ROSSY, MARK GUTIERREZ, JARED WAASDORP, and DOUGLAS MAIRS,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF BISHOP, CHRIS CARTER, TED STEC, JIM TATUM, and PAT GARDNER,<br><br>    Defendants. | Case No. 1:17-cv-01244-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION AND REFLECT DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 77) |

On May 15, 2019, the parties in this action participated in a settlement conference before United States Magistrate Judge Barbara A. McAuliffe during which they reached a settlement and Judge McAuliffe retained jurisdiction for one year to enforce the settlement agreement. On June 6, 2019, a stipulation was filed dismissing this action with prejudice with each party to bear its own costs and fees.

In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, IT IS HEREBY ORDERED that:

1.    Pursuant to the May 15, 2019 minute order, the court shall retain jurisdiction for one

1 | year to enforce the settlement agreement; and
2 |     2. The Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and
3 | adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **June 6, 2019**

_____
UNITED STATES MAGISTRATE JUDGE